■ IOANNIS KOUTSOUPAKIS, Respondent, v CITY OF NEW YORK, Defendant and Third-Party Plaintiff, et al., Defendants. NEW YORK CITY SCHOOL CONSTRUCTION AUTHORITY, Third-Party Defendant-Appellant. [738 NYS2d 211] —Order, Supreme Court, New York County (Joan Madden, J.), entered August 3, 2001, which, inter alia, denied third-party defendant-appellant's motion to dismiss the complaint as abandoned pursuant to CPLR 3404, unanimously affirmed, without costs.

As a note of issue has yet to be filed, the complaint cannot be dismissed pursuant to CPLR 3404 (*Johnson v Minskoff & Sons*, 287 AD2d 233, citing *Lopez v Imperial Delivery Serv.*, 282 AD2d 190, *lv dismissed* 96 NY2d 937; *see also*, *Jiles v New York City Tr. Auth.*, 290 AD2d 307). We have considered and rejected appellant's argument that the above authorities erroneously interpret CPLR 3404. Concur—Nardelli, J.P., Tom, Sullivan, Rubin and Friedman, JJ.